AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LARO, DAVID | 2. Court or Organization<br><br>UNITED STATES TAX COURT | 3. Date of Report<br><br>08/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>400 SECOND STREET, N.W.<br>ROOM 307<br>WASHINGTON, D.C. 20217 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Georgetown University Law Center |
| 2. | Visiting faculty | U. of San Diego Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015 | Georgetown Law Center- Salary | $20,000.00 |
| 2. 2015 | Teaching, U. of San Diego Law School | $19,861.90 |
| 3. 2015 | Wiley Publishing Company, Book Royalties | $395.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of San Diego Law School | January-February | San Diego | Teaching | Meals, Hotel Transportation |
| 2. | American Inst of Certified Public Accountants | October 2-4 | Chicago | Speech | Meals, Hotel, Transportation |
| 3. | American Insti of Certified Public Accountants | November 9 | Las Vegas | Speech | Meals, Hotel, Transportation |
| 4. | American Bar Association | December 10-12 | Las Vegas | Speech | Meals, Hotel, Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **LARO, DAVID** | 08/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | E | Int./Div. | P2 | T | | | | | |
| 2. -Morgan Stanley Bank | | | | | | | | | |
| 3. -Loundon CntyVA GO Bond 5458 | | | | | Matured | 07/01/15 | K | | |
| 4. -Va College Bldg Auth Bond 9277 | | | | | Matured | 09/01/15 | K | | |
| 5. -Arlington Cnty Va Rfdg Pub Bond 0414 | | | | | | | | | |
| 6. -Prince William County Va PUB IMPT 08/01/15 | | | | | Matured | 08/03/15 | K | | |
| 7. -Capital One | | | | | | | | | |
| 8. -Citibank Accounts | | | | | | | | | |
| 9. -Citigroup Inc. | | | | | | | | | |
| 10. -Hampton Roads Santn Dist Va Wastewater Rev A 1/1/15 | | | | | Matured | 01/02/15 | L | | |
| 11. -Loudoun Cnty Va Pub Impt 7/1/15 | | | | | Matured | 07/01/15 | L | | |
| 12. -Va College Bldg Auth Va Edl 9/1/15 | | | | | Matured | 09/01/15 | L | | |
| 13. -Metro Washington DC Arpts Auth 10/1/15 | | | | | Matured | 10/01/15 | L | | |
| 14. -Md St Dept Transn Cons 6/1/16 | | | | | | | | | |
| 15. -Fairfax County Va Ref Pub Impt C 10/1/16 | | | | | | | | | |
| 16. -Va St Res Auth Infra Structure 11/1/16 | | | | | | | | | |
| 17. -San Antonio Tex Impt Rev 8/1/17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Arlingon Cnty Va Pub Impt B 8/15/17 | | | | | | | | | |
| 19. -Atlanta Ga Arpt Genl Rev Ref Ser-A 1/1/18 | | | | | | | | | |
| 20. -Va St Pub Sch Auth Rev-D 8/1/18 | | | | | | | | | |
| 21. -New York City Trans Fin Auth Future Tax 11/1/18 | | | | | | | | | |
| 22. -Virginia St 6/1/22 | | | | | | | | | |
| 23. -American Gold Eagle | | | | | | | | | |
| 24. -American Gold Eagle | | | | | | | | | |
| 25. -Ally Bank | | | | | | | | | |
| 26. -U.S. Tsy Bill due 3/12/15 | | | | | Matured | 03/12/15 | K | | |
| 27. -U.S. Tsy Bill due 4/23/15 | | | | | Matured | 04/23/15 | P1 | | |
| 28. -Arlington Cnty VA GO due 8/15/22 | | | | | Buy | 06/03/15 | M | | |
| 29. -Bank of Baroda NY,NY CD | | | | | Buy | 10/07/15 | M | | |
| 30. -US Treas Bill due 06/11/15 | | | | | Buy | 02/27/15 | M | | |
| 31. -US Treas Bill due 10/15/15 | | | | | Buy | 04/23/15 | P1 | | |
| 32. -US Treas Bill | | | | | Redeemed | 06/11/15 | M | | |
| 33. -US Treas Bill | | | | | Redeemed | 10/15/15 | P1 | | |
| 34. -VA College Bldg Auth Matures 2/1/19 | | | | | Buy | 10/20/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -VA St RFDG-SERD matures 6/1/19 | | | | | Buy | 10/20/15 | M | | |
| 36. -VA St Pub Sch Auth matures 8/11/19 | | | | | Buy | 10/20/15 | M | | |
| 37. -VA St RFDG- Ser B matures 6/1/23 | | | | | Buy | 04/16/15 | O | | |
| 38. -Arlington Cnty VA Pub IMP due 2/15/20 | | | | | | | | | |
| 39. -Fairfax Cnty VA Econ Dev Auth due 10/1/20 | | | | | | | | | |
| 40. Trust #2 | E | Int./Div. | P1 | T | | | | | |
| 41. - DirectTV Group, Inc. | | | | | Sold | 07/27/15 | J | A | |
| 42. -Intel Stock | | | | | | | | | |
| 43. -Express Scripps Holding | | | | | | | | | |
| 44. -Virginia St Res Auth Clean Wtr | | | | | | | | | |
| 45. -Hampton Roads Santn Dist Va | | | | | | | | | |
| 46. - Morgan Stanley Bank | | | | | | | | | |
| 47. -Va Commonwealth GO Bond 9281 | | | | | Matured | 06/01/15 | K | | |
| 48. -Va College Bldg Auth Bond 9277 | | | | | Matured | 09/01/15 | K | | |
| 49. -Loudon Cnty Va Bond 5458 | | | | | | | | | |
| 50. -Arlington Cty VA RFDG Pub Bond 0 matures 8/15/16 | | | | | | | | | |
| 51. -Capital One Accounts | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Citibank Accounts | | | | | | | | | |
| 53. -Ally Bank | | | | | | | | | |
| 54. -Arlington Cnty VA Pub Impt-B 8/15/17 | | | | | | | | | |
| 55. -Virginia St HSG Dev Auth 4/11/18 | | | | | Sold | 12/01/15 | N | A | |
| 56. -Virginia St 6/1/22 | | | | | | | | | |
| 57. -Amer Express Centurion Bank CD | | | | | Matured | 04/13/15 | M | | |
| 58. -Everbank CD (matures 1/9/15) | | | | | Matured | 01/09/15 | M | | |
| 59. -US Treasury Bill (matures 3/12/15) | | | | | Matured | 03/12/15 | N | | |
| 60. -US Treasury Bill (matures 4/23/15) | | | | | Matured | 04/23/15 | P1 | | |
| 61. -AT&T Inc.(T) 7 shares | | | | | Buy | 07/27/15 | J | | |
| 62. -Arlington Cnty VA GO Matures 8/15/22 | | | | | Buy | 06/03/15 | N | | |
| 63. -US Treas Bill (matures 6/11/15) | | | | | Buy | 02/27/15 | M | | |
| 64. -US Treas Bill (matures 4/23/15) | | | | | Buy | 03/18/15 | N | | |
| 65. -US Tres Bill (matures 10/15/15) | | | | | Buy | 04/23/15 | P1 | | |
| 66. -US Treas Bill | | | | | Redeemed | 04/23/15 | N | | |
| 67. -US Treas Bill | | | | | Redeemed | 06/11/15 | M | | |
| 68. -US Treas Bill | | | | | Redeemed | 10/15/15 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -University VA UNIV REVS (matures 8/1/21) | | | | | Buy | 11/04/15 | M | | |
| 70. -VA College Bldg. Authority (matures 2/1/20) | | | | | | | | | |
| 71. IRA | A | Int./Div. | L | T | | | | | |
| 72. -Citigroup Inc. common stock | | | | | | | | | |
| 73. -Morgan Stanley Bank NA Deposit Pro (formerly Citibank NA Bank Dep ) | | | | | | | | | |
| 74. -Fidelity Retirement Fund | C | Dividend | M | T | | | | | |
| 75. -Fidelity Fund K | | | | | Sold | 01/26/15 | L | D | |
| 76. -Fidelity MIP 11 C13 | | | | | | | | | |
| 77. -SPTN 500 Index INST | | | | | | | | | |
| 78. -SPTN 5001DX ADV 1S | | | | | | | | | |
| 79. -VANG Primecap Core | | | | | | | | | |
| 80. -Fid LC Gro ENH Indx | | | | | Buy | 01/26/15 | L | | |
| 81. Capital One (formerly Chevy Chase) Accounts | C | Interest | N | T | | | | | |
| 82. TIAA CREF | A | Dividend | | | Distributed | 07/16/15 | K | E | |
| 83. Morgan Stanley Smith Barney Bank Deposit Program Accounts | A | Interest | M | T | | | | | |
| 84. Citibank Accounts | A | Interest | K | T | | | | | |
| 85. 529 Plan #1 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -American Funds Cap World Growth & Income | | | | | | | | | |
| 87. | -American Funds American Balanced Fund | | | | | | | | | |
| 88. | 529 Plan #2 | B | Dividend | K | T | | | | | |
| 89. | -American Funds Cap World Growth & Inc. | | | | | | | | | |
| 90. | -American Funds American Balanced Funds | | | | | | | | | |
| 91. | 529 Plan #3 | B | Dividend | L | T | | | | | |
| 92. | -American Funds Cap World Growth & Income | | | | | | | | | |
| 93. | -American Funds Cap Income Builder | | | | | | | | | |
| 94. | -American Funds American Balanced Fund | | | | | | | | | |
| 95. | 529 Plan #4 | B | Dividend | L | T | | | | | |
| 96. | -American Funds Cap World Growth & Income | | | | | | | | | |
| 97. | -American Funds Cap Income Builder | | | | | | | | | |
| 98. | -American Funds American Balanced Fund | | | | | | | | | |
| 99. | Ally Bank | D | Interest | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 08/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ DAVID LARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544